1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE STEVEN MONTGOMERY,              No.  2:22-cv-1156 KJN P

12              Plaintiff,

13         v.                               ORDER

14   M. CULUM, et al.,

15              Defendants.

16

17         Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause

18   appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

20         2.  Plaintiff's amended complaint is due on or before October 28, 2022.

21   Dated:  September 22, 2022

22

23                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26   mont1156.36

27

28