UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MONTGOMERY, | No. 2:22-cv-1156 DC CSK P |
| Plaintiff, | |
| v. | ORDER |
| M. CULUM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On November 6, 2024, plaintiff filed a motion for leave to amend his complaint.  (ECF No. 41.)  Plaintiff's motion was not, however, accompanied by a proposed amended complaint.  As a prisoner, plaintiff's pleadings are subject to evaluation by this Court pursuant to the in forma pauperis statute.  See 28 U.S.C. § 1915A.  Since plaintiff did not submit a proposed amended complaint, the Court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 41) is denied without prejudice.

Dated:  November 13, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mont1156.10/2

1