1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DWAYNE S. MONTGOMERY,                          No. 2:22-cv-01156-DC-CSK (PC)

12                         Plaintiff,

13          v.                                        ORDER ADOPTING FINDINGS AND
                                                      RECOMMENDATIONS
14    M. CULUM, et al.,
                                                      (Doc. Nos. 55, 56)
15                         Defendants.

16

17          Plaintiff Dwayne Montgomery, a state prisoner proceeding *pro se* and *in forma pauperis*

18    filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a

19    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 5, 2025, the magistrate judge filed findings and recommendations herein,

21    which were served on all parties and contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 56.) Neither

23    party filed objections to the findings and recommendations, and the time to do so has passed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28          Accordingly, IT IS HEREBY ORDERED that:

                                                    1

1.     The findings and recommendations filed on September 5, 2025 (Doc. No. 56) are ADOPTED in full;

2.     Plaintiff's motion for a preliminary injunction (Doc. No. 55) is DENIED; and

3.     This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **December 29, 2025**

Dena Coggins
United States District Judge

2